1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  PEDRO LOPEZ-AGUIRRE

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )  NO. CR-S-08-0459 FCD
                                )
13           Plaintiff,          )  **STIPULATION AND ORDER CONTINUING**
                                )  **STATUS CONFERENCE**
14     v.                       )
                                )
15 PEDRO LOPEZ-AGUIRRE,         )  Date:  December 1, 2008
                                )  Time:  10:00 a.m.
16           Defendant.          )  Judge: Frank C. Damrell, Jr.
                                )
17 _____ )

18

19      IT IS HEREBY STIPULATED AND AGREED TO between the United States of
20 America through Daniel S. McConkie, Assistant United States Attorney,
21 and Pedro Lopez-Aguirre, by and through his counsel, Matthew C.
22 Bockmon, Assistant Federal Defender, that the status conference
23 presently scheduled for December 1, 2008, be vacated and rescheduled
24 for status conference on January 20, 2009 at 10:00 a.m.
25      This continuance is being requested because defense counsel needs
26 additional time to meet and confer with defendant, who speaks only
27 Spanish, for a possible change of plea and sentencing.
28 ///

1   IT IS FURTHER STIPULATED that the period from December 1, 2008,
2 through and including January 20, 2009, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.
6 Dated: November 26, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
PEDRO LOPEZ-AGUIRRE

Dated: November 26, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
DANIEL S. McCONKIE
Assistant U.S. Attorney

******

**O R D E R**

IT IS SO ORDERED.

Dated: November 26, 2008

_____
FRANK C. DAMRELL, JR.
United States District Judge